UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JO ANNA CANZONERI MCCORMICK, AN INDIVIDUAL, ET AL.; JOHN DOES 1−1000; JANE DOES 1−1000,<br><br>                                    Plaintiffs,<br><br>                -against-<br><br>APPLE, a business entity, et al.; JOHN DOES 1−1000; JANE DOES 1−1000, inclusive,<br><br>                                    Defendants. | 19-CV-9088 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued October 1, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the December 8, 2011 order in *Canzoneri, et al., v. Tribune, et al.*, ECF 1:11-CV-6614, 6 (S.D.N.Y. Dec. 8, 2011), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 1, 2019
             New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge